Enter/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| ALEJANDRO CARRILLO | ) | Case No. EDCV 09-00983 DDP (AN) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| KEN CLARK, WARDEN, ET AL., | ) | |
| Respondents. | ) | |

IT IS HEREBY ADJUDGED AND DECREED THAT the first amended petition for a writ of habeas corpus is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

DATED: February 2, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE